AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, NV  89701-4717
Tel:  (775) 684-1150
E-mail:  drands@ag.nv.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICKIE L. HILL,<br><br>              Plaintiff,<br><br>v.<br><br>C. ROWLEY, et al.,<br><br>              Defendants. | Case No.  3:15-cv-00038-RCJ-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| RICKIE L. HILL,<br><br>              Plaintiff,<br><br>v.<br><br>SUNDAY, et al.,<br><br>              Defendants. | Case No.  3:19-cv-00306-MMD-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| RICKIE L. HILL,<br><br>              Plaintiff,<br><br>v.<br><br>REUBART, et al.,<br><br>              Defendants. | Case No.  3:19-cv-00329-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| RICKIE L. HILL,<br><br>              Plaintiff,<br><br>v.<br><br>BOYD, et al.,<br><br>              Defendants. | Case No.  3:19-cv-00352-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

| | |
|---|---|
| RICKIE L. HILL, | Case No. 3:19-cv-00362-MMD-CLB |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| CHUNG, et al., | |
| Defendants. | |

| | |
|---|---|
| RICKIE L. HILL, | Case No. 3:19-cv-00367-MMD-WGC |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| C. ROWLEY, et al., | |
| Defendants. | |

| | |
|---|---|
| RICKIE L. HILL, | Case No. 3:19-cv-00381-MMD-WGC |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| C. ROMERO, et al., | |
| Defendants. | |

| | |
|---|---|
| RICKIE L. HILL, | Case No. 3:19-cv-00387-MMD-WGC |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| THOMAS, et al., | |
| Defendants. | |

| | |
|---|---|
| RICKIE L. HILL, | Case No. 3:19-cv-00391-MMD-CLB |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| MORRISON, et al., | |
| Defendants. | |

| | |
|---|---|
| 1    RICKIE L. HILL, | Case No. 3:19-cv-00392-MMD-WGC |
| 2            Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 3    v. | |
| 4    PARR, et al., | |
| 5            Defendants. | |
| 6    RICKIE L. HILL, | Case No. 3:19-cv-00412-MMD-CLB |
| 7            Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 8    v. | |
| 9    ROSE, et al., | |
| 10            Defendants. | |
| 11    RICKIE L. HILL, | Case No. 3:19-cv-00415-MMD-CLB |
| 12            Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 13    v. | |
| 14    MALDONADO, et al., | |
| 15            Defendants. | |
| 16    RICKIE L. HILL, | Case No. 3:19-cv-00417-MMD-CLB |
| 17            Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 18    v. | |
| 19    CASTRO, et al., | |
| 20            Defendants. | |
| 21    RICKIE L. HILL, | Case No. 3:19-cv-00433-MMD-CLB |
| 22            Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 23    v. | |
| 24    MALDONADO, et al., | |
| 25            Defendants. | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| RICKIE L. HILL, | Case No. 3:19-cv-00434-MMD-WGC |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| C. ROWLEY, et al., | |
| Defendants. | |
| RICKIE L. HILL, | Case No. 3:19-cv-00443-MMD-CLB |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| H. WICKHAM, et al., | |
| Defendants. | |
| RICKIE L. HILL, | Case No. 3:19-cv-00444-MMD-WGC |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| H. WICKHAM, et al., | |
| Defendants. | |
| RICKIE L. HILL, | Case No. 3:19-cv-00445-MMD-WGC |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| BOYD, et al., | |
| Defendants. | |
| RICKIE L. HILL, | Case No. 3:19-cv-00446-MMD-WGC |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| REXWINKEL, et al., | |
| Defendants. | |

| | |
|---|---|
| 1  RICKIE L. HILL, | Case No.  3:19-cv-00450-MMD-CLB |
| 2           Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 3  v. | |
| 4  BAKER, et al., | |
| 5           Defendants. | |
| 6  RICKIE L. HILL, | Case No.  3:19-cv-00451-MMD-WGC |
| 7           Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 8  v. | |
| 9  SANDOVAL, et al., | |
| 10          Defendants. | |
| 11 RICKIE L. HILL, | Case No.  3:19-cv-00452-MMD-CLB |
| 12          Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 13 v. | |
| 14 TRAVIS, et al., | |
| 15          Defendants. | |
| 16 RICKIE L. HILL, | Case No.  3:19-cv-00454-GMN-CLB |
| 17          Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 18 v. | |
| 19 BYRNE, et al., | |
| 20          Defendants. | |
| 21 RICKIE L. HILL, | Case No.  3:19-cv-00455-JAD-CLB |
| 22          Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 23 v. | |
| 24 BYRNE, et al., | |
| 25          Defendants. | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| RICKIE L. HILL, | Case No. 3:19-cv-00456-REB-WGC |
|         Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| DUGAN, et al., | |
|         Defendants. | |
| RICKIE L. HILL, | Case No. 3:19-cv-00465-MMD-CLB |
|         Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| C. ROWLEY, et al., | |
|         Defendants. | |
| RICKIE L. HILL, | Case No. 3:19-cv-00471-MMD-CLB |
|         Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| SHARP, et al., | |
|         Defendants. | |
| RICKIE L. HILL, | Case No. 3:19-cv-00476-MMD-CLB |
|         Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| KERNER, et al., | |
|         Defendants. | |
| RICKIE L. HILL, | Case No. 3:19-cv-00477-RCJ-WGC |
|         Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| C. ROWLEY, et al., | |
|         Defendants. | |

| | |
|---|---|
| RICKIE L. HILL, | Case No. 3:19-cv-00478-MMD-CLB |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| W. GITTERE, et al., | |
| Defendants. | |
| RICKIE L. HILL, | Case No. 3:19-cv-00482-MMD-CLB |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| HINKLE, et al., | |
| Defendants. | |
| RICKIE L. HILL, | Case No. 3:19-cv-00493-MMD-CLB |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| BAKER, et al., | |
| Defendants. | |
| RICKIE L. HILL, | Case No. 3:19-cv-00495-MMD-CLB |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| BAKER, et al., | |
| Defendants. | |
| RICKIE L. HILL, | Case No. 3:19-cv-00502-MMD-WGC |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| WICKHAM, et al., | |
| Defendants. | |

| | |
|---|---|
| RICKIE L. HILL, | Case No. 3:19-cv-00505-RCJ-CLB |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| WICKHAM, et al., | |
| Defendants. | |
| RICKIE L. HILL, | Case No. 3:19-cv-00512-RCJ-CLB |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| WICKHAM, et al., | |
| Defendants. | |
| RICKIE L. HILL, | Case No. 3:19-cv-00513-MMD-CLB |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| WICKHAM, et al., | |
| Defendants. | |
| RICKIE L. HILL, | Case No. 3:19-cv-00514-MMD-WGC |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| WICKHAM, et al., | |
| Defendants. | |
| RICKIE L. HILL, | Case No. 3:19-cv-00515-RFB-CLB |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| COLLARD, et al., | |
| Defendants. | |

| | |
|---|---|
| RICKIE L. HILL, | Case No. 3:19-cv-00540-MMD-WGC |
|                      Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| ARIAS, et al., | |
|                      Defendants. | |
| RICKIE L. HILL, | Case No. 3:19-cv-00541-MMD-WGC |
|                      Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| NORIEGA, et al., | |
|                      Defendants. | |
| RICKIE L. HILL, | Case No. 3:19-cv-00588-MMD-CLB |
|                      Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| C. ROWLEY, et al., | |
|                      Defendants. | |
| RICKIE L. HILL, | Case No. 3:19-cv-00590-MMD-WGC |
|                      Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| C. ROWLEY, et al., | |
|                      Defendants. | |
| RICKIE L. HILL, | Case No. 3:20-cv-00054-RCJ-CLB |
|                      Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| LEMEN, et al., | |
|                      Defendants. | |

| | |
|---|---|
| RICKIE L. HILL, | Case No. 3:20-cv-00087-MMD-WGC |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| LEMEN, et al., | |
| Defendants. | |
| RICKIE L. HILL, | Case No. 3:20-cv-00120-GMN-WGC |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| RANDS, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Rickie Lee Hill, in proper person, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate and agree, based upon the Settlement Agreement between the parties, that the above-captioned actions should be dismissed with prejudice by order of this Court, with each party to bear his own costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

DATED this 9th day of March, 2020.

DATED this ___ day of March, 2020

AARON D. FORD
Attorney General

By: _____
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General
*Attorneys for Defendants*

_____
RICKIE LEE HILL
Plaintiff, *Pro Se*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** 3/11/2020 _____

1

**CERTIFICATE OF SERVICE**

2      I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that

3  on this 10th day of March, 2020, I caused to be deposited for mailing, a true and correct copy of the

4  foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE,** to the

5  following:

6  Rickie L. Hill #87052
   High Desert State Prison
7  P.O. Box 650
   Indian Springs, Nevada 89070
8

9
                                    ___/s/ Laure Penny_____
10                                   An employee of the
                                     Office of the Attorney General
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28